IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Z GEM COMPANY, ET AL.,

    Plaintiffs,

VS.                        NO. 03-2983-Ma

DOLLAR RENT-A-CAR, ET AL.,

    Defendants.

ORDER GRANTING MOTION TO AMENDING SCHEDULE

Pursuant to the March 3, 2005, joint motion filed by the parties to continue the trial and set new deadlines in this matter, the court held a status conference on March 18, 2005. Participating by telephone on behalf of the plaintiffs was Michael Kurtis. Participating on behalf of the defendants was Edward Curry. For good cause shown, the motion is granted and the court amends the scheduling order as follows:

1. The deadline for completing fact discovery is May 17, 2005.

2. The deadline for completing expert discovery is June 1, 2005.

3. The deadline for filing potentially dispositive motions is July 1, 2005.

4. The deadline for completing mediation is July 15, 2005.

5. The parties will submit a joint proposed pretrial order by September 30, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-13-05

6. A pretrial conference will be held on Friday, October 7, 2005, at 1:30 p.m.

7. The jury trial is reset to Monday, October 17, 2005, at 9:30 a.m. and is expected to take 3 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 10th day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:03-CV-02983 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Edward I. Curry
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137--251

Lance K. Oliver
LAWRENCE & RUSSELL
5050 Poplar Ave.
Ste. 1717
Memphis, TN 38157

Kenneth T. Levine
NELSON LEVINE DE LUCA & HORST
Ste. 280
512 Township Line Rd.
Blue Bell, PA 19422

Rex L. Brasher
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137

R. Scott Vincent
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Michael J. Kurtis
Four Sentry Parkway
Suite 300
Blue Bell, PA 19422

Honorable Samuel Mays
US DISTRICT COURT