IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Z GEM COMPANY, ET AL.,

    Plaintiffs,

VS.                                      NO. 03-2983-Ma

DOLLAR RENT-A-CAR. ET AL.,

    Defendants.

ORDER GRANTING MOTION TO MODIFY SCHEDULE ORDER AND RESET TRIAL

        Pursuant to plaintiffs' September 14, 2005, motion to continue the trial and modify the schedule in this matter, a status conference was held on September 26, 2005. Participating by telephone on behalf of the plaintiffs was Michael Kurtis. Attending on behalf of defendants was Edward Curry. For good cause shown, the motion was granted and the schedule was amended as follows:

    1.    The parties will submit a joint proposed pretrial order by 5:00 p.m. on December 1, 2005.

    2.    A pretrial conference will be held on Thursday, December 8, 2005, at 2:00 p.m.

    3.    The jury trial is reset to Monday, December 19, 2005, at 9:30 a.m. and is expected to take 3 days.

This document entered on the docket sheet in compliance
with Rule 58      10-7-05

Absent good cause, the amended schedule set by this order will not be altered or modified.

It is so ORDERED this 4th day of October, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:03-CV-02983 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

Ashley Yarnell Baskette
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

Kenneth T. Levine
NELSON LEVINE DE LUCA & HORST
Ste. 280
512 Township Line Rd.
Blue Bell, PA 19422

Michael J. Kurtis
Four Sentry Parkway
Suite 300
Blue Bell, PA 19422

R. Scott Vincent
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Edward I. Curry
SHUTTLEWORTH WILLIAMS
One Memphis Place
200 Jefferson Avenue, Suite 1500
Memphis, TN 38173--002

Rex L. Brasher
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137

Lance K. Oliver
LAWRENCE & RUSSELL
5050 Poplar Ave.
Ste. 1717
Memphis, TN 38157

Honorable Samuel Mays
US DISTRICT COURT