UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 30 AM 7:23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Z GEM COMPANY, ZAKAI GOL and
ORNAH GOL, and PENN-AMERICA
GROUP, INC.,

    Plaintiffs,

v.                                                      Cv. No. 03-2983-Ma

DOLLAR RENT-A-CAR,
DOLLAR RENT-A-CAR SYSTEMS, INC.,
and DTG OPERATIONS, INC.,

    Defendants.

## JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order, docketed December 23, 2005, granting defendants' motion for summary judgment.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 29, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:03-CV-02983 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Ashley Yarnell Baskette
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

Kenneth T. Levine
NELSON LEVINE DE LUCA & HORST
Ste. 280
512 Township Line Rd.
Blue Bell, PA 19422

Lance K. Oliver
LAWRENCE & RUSSELL
5050 Poplar Ave.
Ste. 1717
Memphis, TN 38157

Michael J. Kurtis
Four Sentry Parkway
Suite 300
Blue Bell, PA 19422

R. Scott Vincent
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Edward I. Curry
SHUTTLEWORTH WILLIAMS, PLLC
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

Rex L. Brasher
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137

Honorable Samuel Mays
US DISTRICT COURT